1  NICHOLAS TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  BRIAN WHANG
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  PHONE: (702) 388-6336
   brian.whang@usdoj.gov
6  *Attorneys for the United States of America*

7              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
8

9  | IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-977-VCF |
   |---|---|
10 | **A black LG cell phone, model LM-X102U, serial number 801CYMR482307-7** | **MOTION TO UNSEAL SEARCH WARRANT** |
11 | CURRENTLY IN THE CUSTODY OF THE FBI AT 1787 W. LAKE MEAD BLVD. IN LAS VEGAS, NEVADA | |
12

13         The United States of America, by Nicholas Trutanich, United States Attorney,

14  and his assistant Brian Whang, hereby moves this Court for an Order to unseal the Search

15  Warrant, Affidavit and related legal process in the above captioned matter.

16         The search warrant and affidavit were issued on November 9, 2020, and sealed at

17  that time to protect the integrity of an ongoing investigation. The Government seeks to

18  unseal the above captioned matter so that documents may be provided in discovery.

19         DATED this 30th day of December, 2020.

20
                            Nicholas Trutanich
21                          United States Attorney

22                          __/s/ *Brian Whang*_____
                            Brian Whang
23                          Assistant United States Attorney

24

1

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

3

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-977-VCF |
| **A black LG cell phone, model LM-X102U, serial number 801CYMR482307-7** | **ORDER TO UNSEAL** |
| CURRENTLY IN THE CUSTODY OF THE FBI AT 1787 W. LAKE MEAD BLVD. IN LAS VEGAS, NEVADA | |

4

5

6

7

8

9    Based upon the Motion of the Government, and good cause appearing, the Court

10   orders that the above captioned matter and all documents filed therein are unsealed.

11

12

13                                    IT IS SO ORDERED:

14

15                                    _____

16                                    THE HONORABLE CAM FERENBACH
                                     UNITED STATES MAGISTRATE JUDGE

17                                              1-4-2021
                                     DATED: _____

18

19

20

21

22

23

24

2